USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CORY DARNELL HOLLAND, SR.          :
*aka* "KING",                               :
                                                    :
                          Plaintiff,           :          **ORDER**
                                                    :
      -v-                                        :          21-CV-2944 (AT) (JLC)
                                                    :
LIONS GATE ENTERTAINMENT      :
AND FILMS, *et al.,*                                :
                                                    :
                          Defendants.         :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

 *Pro se* Plaintiff Cory Darnell Holland, Sr. has moved for appointment of

counsel by motion filed May 7, 2021 (Dkt. No. 9). The Court does not have a budget

to pay appointed counsel in civil cases and has no power to enlist a lawyer to serve

without pay. The Court must be mindful that volunteer attorney time is a precious

commodity, and "courts should not grant such applications [for appointment of

counsel] indiscriminately." *Cooper v. A. Sargenti Co.,* 877 F.2d 170, 172 (2d Cir.

1989). For the Court to order the appointment of counsel, a petitioner must make

"a threshold showing of some likelihood of merit." *Johnston v. Maha,* 606 F.3d 39,

41 (2d Cir. 2010) (citing *Cooper v. A. Sargenti Co.,* 877 F.2d 170, 174 (2d Cir. 1989));

*Carmona v. U.S. Bureau of Prisons*, 243 F.3d 629, 632 (2d Cir. 2001). Only then can

the Court consider the other factors appropriate to the determination of whether

counsel should be appointed: "the [petitioner's] ability to investigate the crucial

facts, . . . , the [petitioner's] ability to present the case, the complexity of the legal

1

issues and any special reason in that case why appointment of counsel would be more likely to lead to a just determination." *Johnston*, 606 F.3d at 42 (citing *Hodge v. Police Officers*, 802 F.2d 58, 60-61 (2d Cir. 1986)).

At this point in the proceedings, the Court denies Holland's application for appointment of counsel without prejudice to renewal because the Court cannot conclude based on the current record that his claims are substantial or that he is likely to succeed on the merits. Accordingly, Holland should work with the Pro Se Office of the Court for any additional help that he needs and should also continue to seek to obtain private counsel. The Pro Se Office may be contacted at: Pro Se Office, United States District Court, S.D.N.Y., 40 Foley Square, Room 105, New York, NY 10007, 212-805-0175.

The Clerk is respectfully directed to close docket entry number 9 and mark it as denied without prejudice.

**SO ORDERED.**

Dated: May 11, 2021
     New York, New York

_____
JAMES L. COTT
United States Magistrate Judge