```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/31/2022_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORY DARNELL HOLLAND, SR.,

                 Plaintiff,

-against-                             21 Civ. 2944 (AT)

LIONS GATE ENTERTAINMENT CORP.,        **ORDER**
CURTIS JACKSON, STARZ ENTERTAINMENT
GROUP, LLC., and COURTNEY A. KEMP,

                 Defendants.

ANALISA TORRES, District Judge:

      Plaintiff *pro se*, Cory Holland, Sr., brings this action against Defendants Lions Gate Entertainment Corp., Curtis Jackson, Starz Entertainment LLC, and Courtney A. Kemp, alleging state law causes of action and seeking damages in excess of $75,000. Am. Compl., ECF No. 26. Because there are no federal claims at issue, the Court only has jurisdiction over this action by virtue of diversity of citizenship between the parties. Plaintiff pleads that he is a resident, and therefore, a citizen, of Michigan. *See* Am. Compl. at 3. However, Defendants have not established their citizenship such that the Court may determine whether it has diversity jurisdiction over this action. Moreover, if Starz Entertainment Group, LLC is, indeed, a limited liability company, as its name would imply, then the Court must be informed of the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members.").

      The Court may not resolve any dispositive motions until it can ascertain whether it has jurisdiction over this action. *See Henderson ex rel. Henderson v. Shinseki*, 562 U.S. 428, 434 (2011). Accordingly, the case is STAYED, pending further order of the Court. By **April 7, 2022**, Defendants shall file a letter detailing the citizenship of each defendant, including the members of Starz Entertainment, LLC.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

      SO ORDERED.

Dated: March 31, 2022
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge