USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/05/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CORY DARNELL HOLLAND, SR. :
*aka* "KING", :
              Plaintiff, :
   -v- :
               :
LIONS GATE ENTERTAINMENT :
AND FILMS, *et al.,* :
               :
             Defendants. :
-------------------------------------------------------------X

**ORDER**

21-CV-2944 (AT) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held an initial case management conference in accordance with Fed. R. Civ. P. 16(a) today. The parties and the Court conferred and set the following deadlines:

1. The parties will submit a proposed protective order to the Court by **February 6, 2023**.

2. Fact discovery will be completed by **August 9, 2023**.

3. Prior to expert discovery, the Court will hold a status conference on **August 23, 2023** at **11:00 a.m.** by telephone. The parties should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).

By separate order, the Court will refer the parties to the SDNY Mediation Program and in doing so, will request that pro bono counsel be appointed for plaintiff, to represent him solely for the purpose of mediation. Accordingly, plaintiff's application dated November 30, 2022 (Dkt. No. 80) requesting the

1

appointment of pro bono counsel is granted in part, to the extent the Court will have counsel appointed for the mediation, and otherwise denied.

In addition, as discussed at the conference, the Court will bring plaintiff's motion dated December 13, 2022 (Dkt. No. 81) to Judge Torres' attention, as it pertains to her Order dated October 11, 2022 (Dkt. No. 71).

Finally, counsel for defendants is directed to order a copy of the transcript of today's conference and provide a copy to plaintiff.

**SO ORDERED.**

Dated:   January 5, 2023
         New York, New York

_____
JAMES L. COTT
United States Magistrate Judge