```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORY DARNELL HOLLAND, SR.,

                Plaintiff,

-against-                   21 Civ. 2944 (AT)

LIONS GATE ENTERTAINMENT CORP.,      **ORDER**
CURTIS JACKSON, STARZ ENTERTAINMENT
GROUP, LLC., and COURTNEY A. KEMP,

                Defendants.

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letters regarding Defendants' request to file a motion for summary judgment. *See* ECF Nos. 154, 156. Accordingly:

1. Defendants' request to file a motion for summary judgment is GRANTED;
2. By **November 29, 2023**, Defendants shall file their motion for summary judgment;
3. By **January 3, 2024**, Plaintiff shall file his opposition papers;
4. By **January 17, 2024**, Defendants shall file their reply, if any.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

        SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge