**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CORY DARNELL HOLLAND, SR.,

                            Plaintiff,                        21 **CIVIL** 2944 (AT)(JLC)

       -against-

LIONS GATE ENTERTAINMENT AND
FILMS, CURTIS JACKSON, STARZ, INC.,
and COURTNEY A. KEMP,

                            Defendants.
-----------------------------------------------------------

CORY DARNELL HOLLAND, SR.,

                            Plaintiff,

       -against-                                     23 **CIVIL** 2119 (AT)(JLC)

CURTIS "50 CENT" JACKSON,

                            Defendant,
-----------------------------------------------------------

CORY DARNELL HOLLAND, SR.,

                            Plaintiff,

       -against-                                     23 **CIVIL** 2350(AT)(JLC)

Lions Gate Ent Co1p STARZ Ent Group, LLC,

                            Defendants,                 **<u>JUDGMENT</u>**

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated August 01, 2024, the Court OVERRULES Plaintiff's objections to the R&R and ADOPTS the R&R in its entirety. Defendants' motion for summary judgment in Holland I is GRANTED, and Plaintiff's motion for a preliminary injunction and to file a second sur-reply are DENIED as moot. Defendant's motion to dismiss in Holland II is GRANTED with prejudice. And, Defendants' motion for judgment on the pleadings in Holland III is GRANTED.; accordingly, the case is closed.

**Dated:**  New York, New York
August 01, 2024

                              **DANIEL ORTIZ**
                              **Acting Clerk of Court**

BY: _____
                **Deputy Clerk**